# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0904
_____

FLORIDA EVERBLADES, LLC and
TRI-STATE INSURANCE COMPANY
OF MINNESOTA,

     Appellants,

     v.

MITCH VANDERGUNST,

     Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jack Weiss, Judge.

Date of Accident: February 15, 2019.


February 21, 2024

PER CURIAM.

     AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Richard W. Ervin, IV and Robert W. Bleakley of Bleakley Bavol Denman & Grace, Tampa, for Appellants.

Michael J. Winer of Winer Law Group, Tampa, for Appellee.